# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2024

*The Court of Appeals hereby passes the following order:*

A24E0060.  MAB MONROE, LLC; MAB MONROE 2, LLC; MAB AMERICAN DEVELOPMENT PARTNERS, LLC; and MAB AMERICAN MANAGEMENT, LLC v. MAYFIELD SELF STORAGE, LLC.

On April 8, 2024, MAB Monroe, LLC; MAB Monroe 2, LLC; MAB American Development Partners, LLC; and MAB American Management, LLC (collectively "Applicants") sought emergency relief from this Court in the form of a supersedeas and stay of an injunction issued by the Superior Court of Fulton County on March 28, 2024. Finding no emergency relief necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot, Court of Appeals Rule 40 (b), we denied Applicants' motion. Applicants moved for reconsideration, which we denied on April 10, 2024.

Applicants then filed an Emergency Application for Supersedeas and Stay of Injunction in the Supreme Court. Finding no basis for the exercise of its jurisdiction, the Supreme Court transferred the application to this Court, and it was docketed as another emergency motion. Seeing no new information that would lead us to reach a different result, Applicants motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/16/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____, Clerk.